GALANTUCCI & PATUTO
55 State Street
Hackensack, NJ 07601
(201) 646-1100
Attorneys for Defendant, Craig Wask

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BLUE RIDGE ERECTORS, INC.,
FRANCIS IMPECIATI a/k/a
"FRANK IMPECIATI" and
CRAIG WASK

        Defendants.

---

Criminal No.: 07-625 (SRC)

Hon. Stanley R. Chesler

**ORDER**

    **THIS MATTER**, having come before the Court upon application of Galantucci & Patuto, as attorneys on behalf of defendant, Craig Wask, and there having been no objection, and for good cause shown,

    **IT IS** on this ___1st___ day of ___October___, 2008,

**ORDERED AND ADJUDGED** that defendant, Craig Wask, be and is hereby allowed to travel from the State of New Jersey to the Island of Aruba, for the purpose of vacation from October 3, 2008 to October 10, 2008; and it is further

**ORDERED AND ADJUDGED** that if there is any delay in his return to the United States, that defendant, Craig Wask, immediately contact the United States Pre-Trial Services; and it is further

**ORDERED AND ADJUDGED** that if request, Craig Wask will provide a method of communication for United States Pre-Trial Services while he is on the Island of Aruba; and it is further

**ORDERED AND ADJUDGED** that prior to October 3, 2008, the United States Pre-Trial Services shall release the passport of Craig Wask for the sole purpose of his flying to Aruba on October 3, 2008, and returning to the United States on October 10, 2008; and it is further

**ORDERED AND ADJUDGED** that upon his return, Craig Wask shall, as soon as possible, return his passport to the United States Pre-Trial Services; and it is further

**ORDERED AND ADJUDGED** that there be no change in plans or itinerary without further order of the Court; and it is further

**ORDERED AND ADJUDGED** that the bail in the matter of <u>USA v. Craig Wask</u>, <u>et al</u>, in the amount of $100,000.00 shall remain in full force and effect; and shall be co-signed by Bruce Wask, the brother of defendant, Craig Wask, whose signature appears below; and it is further

**ORDERED AND ADJUDGED** that all other requirements of the original Pre-Trial release remain in full force and effect.

_____
HON. STANLEY R. CHESLER, U.S.D.J.


_____
BRUCE WASK, Co-Signor
Dated: September 1, 2008


OFFICE OF UNITED STATES ATTORNEY

BY:_____
ANTHONY MOSCATO
Assistant United States Attorney


GALANTUCCI & PATUTO

BY:_____
JAMES P. PATUTO
Attorney for Defendant, CRAIG WASK


PRE-TRIAL SERVICES

BY:_____
Anthony ANDREW DESJARDINS
Pre-Trial Officer

- 3 -

**ORDERED AND ADJUDGED** that all other requirements of the original Pre-Trial release remain in full force and effect.

_____
HON. STANLEY R. CHESLER, U.S.D.J.


_____
BRUCE WASK, Co-Signor

Dated: September _____, 2008


OFFICE OF UNITED STATES ATTORNEY

BY: _____
ANTHONY MOSCATO
Assistant United States Attorney


GALANTUCCI & PATUTO

BY: _____
JAMES P. PATUTO
Attorney for Defendant, CRAIG WASK


PRE-TRIAL SERVICES

BY: _____
ANDREW DESJARDINS
Pre-Trial Officer

**ORDERED AND ADJUDGED** that all other requirements of the original Pre-Trial release remain in full force and effect.

---------------------------------------
HON. STANLEY R. CHESLER, U.S.D.J.

*[signature]*
BRUCE WASK, Co-Signor

Dated: September ___, 2008