GALANTUCCI & PATUTO
55 State Street
Hackensack, NJ 07601
(201) 646-1100
Attorneys for Defendant, Craig Wask

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

BLUE RIDGE ERECTORS, INC.,
FRANCIS IMPECIATI a/k/a
"FRANK IMPECIATI" and
CRAIG WASK

        Defendants.

---

Criminal No.: 07-625 (SRC)

Hon. Stanley R. Chesler

**ORDER**

    **THIS MATTER**, having come before the Court upon application of Galantucci & Patuto, as attorneys on behalf of defendant, Craig Wask, and for good cause shown,

    **IT IS** on this _____ day of _____, 2009,

    **ORDERED AND ADJUDGED** that Document #41, which was electronically filed in error on behalf of defendant, Craig Wask, be removed from the docket.

                                         _____
                                         HON. STANLEY R. CHESLER, U.S.D.J.