GALANTUCCI & PATUTO
55 State Street
Hackensack, NJ 07601
(201) 646-1100
Attorneys for Defendant, Craig Wask

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BLUE RIDGE ERECTORS, INC.,
FRANCIS IMPECIATI a/k/a
"FRANK IMPECIATI" and
CRAIG WASK

        Defendants.

Criminal No.: 07-625 (SRC)(3)

Hon. Stanley R. Chesler

**ORDER**

---

**THIS MATTER**, having come before the Court upon application of Galantucci & Patuto, as attorneys on behalf of defendant, Craig Wask, and there having been no objection, and for good cause shown,

IT IS on this 22nd day of April, 2009,

**ORDERED AND ADJUDGED** that defendant, Craig Wask, be and is hereby allowed to travel from the State of New Jersey to Hacienda del Mar, in Dorado, Puerto Rico, for the purpose of vacation from Tuesday, April 28, 2009 to Saturday, May 2, 2009; and it is further

**ORDERED AND ADJUDGED** that if there is any delay in his return to the United States, that defendant, Craig Wask, immediately contact the United States Pre-Trial Services; and it is further

**ORDERED AND ADJUDGED** that if requested, Craig Wask will provide a method of communication for United States Pre-Trial Services while he is in Puerto Rico; and it is further

**ORDERED AND ADJUDGED** that there be no change in plans or itinerary without further order of the Court; and it is further

**ORDERED AND ADJUDGED** that all other requirements of the original Pre-Trial release and Judgment in a Criminal Case entered by the Honorable Stanley R. Chesler on April 7, 2009, remain in full force and effect.

_____
HON. STANLEY R. CHESLER, U.S.D.J.


OFFICE OF UNITED STATES ATTORNEY

BY: _____
ANTHONY MOSCATO
Assistant United States Attorney


GALANTUCCI & PATUTO

BY: _____
JAMES P. PATUTO
Attorney for Defendant, CRAIG WASK