GALANTUCCI & PATUTO
55 State Street
Hackensack, NJ 07601
(201) 646-1100
Attorneys for Defendant, Craig Wask

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BLUE RIDGE ERECTORS, INC.,
FRANCIS IMPECIATI a/k/a
"FRANK IMPECIATI" and
CRAIG WASK

        Defendants.

---

Criminal No.: 07-625 (SRC)

Hon. Stanley R. Chesler

ORDER

**THIS MATTER**, having come before the Court upon application of Galantucci & Patuto, as attorneys on behalf of **Defendant, Craig Wask**, and the Court having considered the applicable documentation and arguments of counsel, and for good cause shown,

IT IS on this ___13___ day of ___October___, 2009,

**ORDERED AND ADJUDGED** that the original sentence of the Court entered April 7, 2009, is hereby modified as follows:

1. During the pendency of the defendant, Craig Wask's residency for a period of four (4) months at a community corrections center, halfway house, or similar

residential facility, the defendant, Craig Wask, shall be eligible or weekend privileges;

2. All other conditions of the sentence and supervised release shall remain in full force and effect.

                                        HON. STANLEY R. CHESLER, U.S.D.J.